IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERT PEREZ | : | CIVIL ACTION |
| | : | |
| v. | : | No. 21-4796-GAM |
| | : | |
| JOHN E. WETZEL, et al. | : | |

| | | |
|---|---|---|
| JOSE BUSANET | : | CIVIL ACTION |
| | : | |
| v. | : | No. 21-4286-MMB |
| | : | |
| JOHN E. WETZEL, et al. | : | |

| | | |
|---|---|---|
| CRAIG MURPHY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 21-4436-MAK |
| | : | |
| JOHN E. WETZEL, et al. | : | |

| | | |
|---|---|---|
| RICHARD BOXLEY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 21-4468-NIQA |
| | : | |
| JOHN E. WETZEL, et al. | : | |

| | | |
|---|---|---|
| DONTE L. THOMAS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 21-4469-MAK |
| | : | |
| JOHN E. WETZEL, et al. | : | |

| | | |
|---|---|---|
| CLETUS RIVERA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 21-4524-CFK |
| | : | |
| JOHN E. WETZEL, et al. | : | |

| | | |
|---|---|---|
| ANTYANE ROBINSON | : | CIVIL ACTION |
| v. | : | No. 21-4715-HB |
| JOHN E. WETZEL, et al. | : | |
| CHARLES HICKS | : | CIVIL ACTION |
| v. | : | No. 21-4719-JS |
| JOHN E. WETZEL, et al. | : | |
| SHELDON HANNIBAL | : | CIVIL ACTION |
| v. | : | No. 21-4732-EGS |
| JOHN E. WETZEL, et al. | : | |
| OMAR SHARIFF CASH | : | CIVIL ACTION |
| v. | : | No. 21-4748-JFL |
| JOHN E. WETZEL, et al. | : | |
| RICARDO NATIVIDAD | : | CIVIL ACTION |
| v. | : | No. 21-4754-CDJ |
| JOHN E. WETZEL, et al. | : | |
| HECTOR MORALES | : | CIVIL ACTION |
| v. | : | No. 21-4765-JP |
| JOHN E. WETZEL, et al. | : | |

| | | |
|---|---|---|
| HARVEY MIGUEL ROBINSON, JR. | : | CIVIL ACTION |
| v. | : | No. 21-4844-CMR |
| JOHN E. WETZEL, et al. | : | |
| HAR'VE JOHNSON | : | CIVIL ACTION |
| v. | : | No. 21-4857-CFK |
| JOHN E. WETZEL, et al. | : | |
| ANDRE STATON | : | CIVIL ACTION |
| v. | : | No. 21-5016-JDW |
| JOHN E. WETZEL, et al. | : | |
| MIGUEL PADILLA | : | CIVIL ACTION |
| v. | : | No. 21-5083-PD |
| JOHN E. WETZEL, et al. | : | |
| RICHARD HACKETT | : | CIVIL ACTION |
| v. | : | No. 21-5140-JDW |
| JOHN E. WETZEL, et al. | : | |
| ANTHONY REID, et al. | : | CIVIL ACTION |
| v. | : | No. 21-5108-JLS |
| JOHN E. WETZEL, et al. | : | |

| | | |
|---|---|---|
| GEORGE HITCHO, JR. | : | CIVIL ACTION |
| v. | : | No. 21-5173-PBT |
| JOHN E. WETZEL, et al. | : | |
| JORDAN CLEMONS | : | CIVIL ACTION |
| v. | : | No. 21-5232-KSM |
| JOHN E. WETZEL, et al. | : | |
| KEVIN J. MARINELLI, et al. | : | CIVIL ACTION |
| v. | : | No. 21-5215-EGS |
| JOHN E. WETZEL, et al. | : | |
| MICHAEL CONFORTI | : | CIVIL ACTION |
| v. | : | No. 21-5293-JMG |
| JOHN E. WETZEL, et al. | : | |
| WAYNE MITCHELL | : | CIVIL ACTION |
| v. | : | No. 21-5445-JS |
| JOHN E. WETZEL, et al. | : | |
| LANDON MAY, et al. | : | CIVIL ACTION |
| v. | : | No. 22-0326-JS |
| JOHN E. WETZEL, et al. | : | |

**ORDER**

AND NOW, this 15th day of March, 2022, upon consideration of the Motions to Mark Cases as Related for Purposes of Consolidation and Assignment to a Single Judge filed by the Defendants in the above-captioned cases, and after consultation with the assigned judges, it is ORDERED the Motions are GRANTED in part insofar as the above-captioned actions are consolidated before the Honorable Gerald A. McHugh pursuant to Federal Rule of Civil Procedure 42(a) for purposes of addressing common issues of law and fact prior to trial only.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.