## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY REID, *et al.*,                    :
    Plaintiffs,                          :
                                         :
v.                                         :        **CIVIL ACTION NO. 21-CV-5108**
                                         :
JOHN E. WETZEL, *et al.*,                  :
    Defendants.                          :

### ORDER

This 9th day of August, 2022, the Commonwealth's Motion for Reconsideration, ECF 50, is **DENIED** for the reasons set forth in the accompanying memorandum. The Court having received multiple payments of the filing fee for this case, the Clerk of Court is **DIRECTED** to refund the following amounts to the following Plaintiffs:

1.    $350 to Anthony Reid, Inmate Number BF-6567, SCI-Phoenix, 1200 Mokychic Drive, Collegeville, PA 19426.

2.    $402 to Aaron Jones, Inmate Number BL-0480, SCI-Phoenix, 1200 Mokychic Drive, Collegeville, PA 19426.

3.    $420 to Michael Pruitt, Inmate Number GF-5987, SCI-Phoenix, 1200 Mokychic Drive, Collegeville, PA 19426.

**BY THE COURT:**

  /s/ Gerald Austin McHugh
United States District Judge